IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGIA POWER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-260-F |
| ) | (WO) |
| JAMES T. FULLERTON, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. This action is hereby dismissed without prejudice.

2. Costs are taxed as paid.                                                                  .

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of September 2005.

                                                               /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE